O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MURAD CLARK,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>   Defendants. | Case No. CV 20-10768 CAS (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, Plaintiff's Motion for Partial Summary Judgment, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Plaintiff's Motion for Partial Summary Judgment is DENIED. Defendants' request for qualified immunity is likewise DENIED, without prejudice to reasserting that defense at trial.

IT IS FURTHER ORDERED that this action shall proceed on the claims asserted in Plaintiff's First Amended Complaint.

///

The Clerk of the Court is directed to serve copies of this Order on Plaintiff at his current address of record and on counsel for Defendants.

IT IS SO ORDERED.

DATED: September 28, 2022

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE